O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHARLIE RAY GRUNDY, | ) | CASE NO. CV 13-03318 RZ |
| Plaintiff, | ) ) | |
| vs. | ) ) | JUDGMENT |
| CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security, | ) ) ) | |
| Defendant. | ) ) | |

In accordance with the Memorandum Opinion and Order filed concurrently herewith,

IT IS ORDERED AND ADJUDGED that the Commissioner's decision is AFFIRMED.

DATED: February 14, 2014

*[signature]*

RALPH ZAREFSKY
UNITED STATES MAGISTRATE JUDGE